GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Phone:916.780.8222
Fax:    916.780.8775

Attorneys for Defendant
J & M Novakovich, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CORTEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J & M NOVAKOVICH, LLC, a California Limited Liability Company; and Does 1 - 10,<br><br>　　　　Defendants. | No.   1:12-CV-00590-LJO-GSA<br><br>**ORDER REGARDING  THE PARTIES' STIPULATION OF DECEMBER 26, 2012, TO MODIFY THE SCHEDULING CONFERENCE ORDER**<br><br>Complaint Filed: April 13, 2012<br>Trial Date:         July 30, 2013 |

The Court, having reviewed the stipulation of the parties (Doc. 15), and good cause appearing therefore (Doc. 16), the Scheduling Conference Order shall be modified as follows:

| **EVENT** | **CURRENT DATE** | **NEW PROPOSED DATE** |
|---|:---:|:---:|
| Discovery Cut-Off | 1/4/13 | 2/18/13 |
| Disclosure of Expert Witnesses | 1/31/13 | 3/1/13 |
| Supplemental Expert Disclosure | 2/14/13 | 3/17/13 |
| Expert Discovery Cut-Off | 3/15/13 | 4/15/13 |
| Pretrial Motion Filing Deadline | 4/1/13 | No Change |
| Pretrial Hearing Deadline | 5/10/13 | No Change |



1

**[PROPOSED] ORDER MODIFYING SCHEDULING CONFERENCE ORDER**

| Final Pretrial Conf. | 6/11/13 at 8:15 a.m. | No Change |
|---|---|---|
| Trial | 7/30/13 at 8:30 a.m. | No Change |

IT IS SO ORDERED.

Dated:  **January 7, 2013**               **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE

2
**[PROPOSED] ORDER MODIFYING SCHEDULING CONFERENCE ORDER**