IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CORTEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>J & M NOVAKOVICH, LLC,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV F 12-0590 LJO GSA<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 20.) |

　　　　Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

　　　　1.　　DISMISSES this entire action and all claims;

　　　　2.　　VACATES all pending dates and matters; and

　　　　3.　　DIRECTS the clerk to close this action.

　　　　IT IS SO ORDERED.

**Dated:　May 3, 2013**　　　　　　　　　/s/  Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1